UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER DELVALLE,<br><br>      Plaintiff,<br><br>   -against-<br><br>JOHN DOE,<br><br>      Defendant. | 25-CV-6998 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff, who currently is incarcerated at the Otis Bantum Correctional Center ("OBCC"), brings this *pro se* action under 42 U.S.C. § 1983, alleging that his conditions of confinement at the OBCC are not in compliance with the "bare minimum standards." (ECF 1, at 1.) For the following reasons, the complaint is dismissed.

  Plaintiff has previously submitted to this court a duplicate complaint. That case is pending before the Court under docket number 25-CV-6685 (LTS). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-6685 (LTS).

  In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

## CONCLUSOIN

  The Court dismisses Plaintiff's complaint as duplicative of *Delvalle v. Doe*, No. 25-CV-6685 (LTS), without prejudice.

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter a civil judgment in this action.

SO ORDERED.

Dated:   August 26, 2025
         New York, New York

                                                           /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                     Chief United States District Judge