UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER DELVALLE,

                Plaintiff,

      -against-

JOHN DOE,

              Defendant.

25 CIVIL 6998 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    August 29, 2025

       New York, New York

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                       Chief United States District Judge